1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MOSQUERA GAMBOA, ) | Case No. CV 12-10266 DSF(JC) |
| Petitioner, ) | |
| v. ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| UNITED STATES OF AMERICA, et al., ) | |
| Respondents. ) | |

The Court has conducted the review required by 28 U.S.C. § 636, overrules petitioner's objections to the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and accepts the findings and recommendations of the Magistrate Judge in this action.

IT IS THEREFORE ORDERED:  (1) the Petition for Writ of Habeas Corpus ("Petition") is construed as a motion arising under Title 28, United States Code, section 2255 ("Section 2255 Motion"); (2) the Petition/Section 2255 Motion is dismissed without prejudice for lack of jurisdiction; and (3) the Clerk shall enter Judgment accordingly.

///
///
///

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
Report and Recommendation, and the Judgment herein on petitioner and counsel
for respondents.

DATED: 5/4/15

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE