UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDGAR MOSQUERA GAMBOA, | ) | Case No. CV 12-10266 DSF(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UNITED STATES OF AMERICA, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus ("Petition"), which has been construed as a motion arising under Title 28, United States Code, section 2255, is dismissed without prejudice.

DATED: 5/4/15

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE